JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| DAVID J. CHESNEAU, | ) | No. ED CV 14-00100-MMM (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| M.E. SPEARMAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: November 24, 2014

_/s/ Margaret M. Morrow_
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE